UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CURTIS SLADE,

        Petitioner,

v.                                         Case No. 5:23-cv-145-TPB-PRL

WARDEN, FCC COLEMAN – LOW,

        Respondent.
_____

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner Curtis Slade, an inmate of the federal penal system, initiated this action on March 3, 2023, by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). In the Petition, Petitioner claims the "BOP has erroneously classified [him] as ineligible for FSA Time Credits" (*id.* at 3). He also raises unrelated claims regarding the conditions of his confinement including allegations that prison officials are inappropriately housing him with sexual predators (*id.*).

It is not clear what type of lawsuit Petitioner intends to bring. If Petitioner seeks to challenge the BOP's execution of his sentence or the calculation of his FSA time credits, he may initiate a habeas corpus case. But if Petitioner seeks to allege that the conditions of his confinement are unconstitutional, he should initiate a separate civil rights action. The Court has approved the use of forms for civil rights and habeas corpus cases, and Petitioner will be provided with copies of these forms. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]").

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

3. The **Clerk** shall send Petitioner a civil rights complaint form and habeas corpus petition form for § 2241. If Petitioner chooses to refile his claims, he may do so on the appropriate form in the appropriate venue. He should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Tampa, Florida, this 10th day of March, 2023.

TOM BARBER
UNITED STATES DISTRICT JUDGE

caw 3/9/Jax-7
c:
Curtis Slade, #04842-510